THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK DILIBERTO, Appellant.— Judgment of conviction of the County Court of Queens county unanimously affirmed. No opinion. We do not pass upon the competency of the police officer's testimony relative to the identification of the defendant at police headquarters. No exception was taken to this testimony. In fact, appellants'

* Affd., 255 N. Y. ——.

counsel cross-examined the officer upon the subject.   Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.